IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GEORGE LEE PARKS** | § | **PETITIONER** |
| | § | |
| **v.** | § | **No. 1:18-cv-00355-HSO-RHWR** |
| | § | |
| **FRANK SHAW** | § | **RESPONDENT** |

### FINAL JUDGMENT OF DISMISSAL

BEFORE THE COURT is United States Magistrate Judge John C. Gargiulo's Report and Recommendation [40]. For the reasons given in the Order adopting the Report and Recommendation [40], the Court hereby enters judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 8th day of October, 2021.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE